# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2140

_____

Michael L. Fogle,

       Appellant,

   v.

Alan Blake,

       Appellee.

\*
\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  Eastern District of Missouri.
\*
\*     [UNPUBLISHED]
\*

_____

Submitted: July 2, 2007
Filed: July 10, 2007

_____

Before RILEY, MAGILL, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Michael Fogle (Fogle), a civilly committed resident of the Missouri Sexual Offender Treatment Center (MSOTC), appeals the district court's[1] pre-service dismissal of his 42 U.S.C. § 1983 action. Fogle's complaint alleged his constitutional rights had been violated because the MSOTC denied Fogle the use of a typewriter or computer as medically recommended relief from handwriting. The district court dismissed the complaint pre-service pursuant to 28 U.S.C. § 1915(e)(2)(B), for being legally frivolous or for failing to state a claim.

_____

[1]The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.

Upon de novo review, see Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam), we conclude that dismissal was proper, notwithstanding the liberal standard applied to pro se complaints, see Stone v. Harry, 364 F.3d 912, 914 (8th Cir. 2004) (explaining pro se complaints are to be construed liberally but must allege sufficient facts to support claims). Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

_____